# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 6 WAL 2022
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
BRANDON LEE HUMPHREY, :
:
Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 7 WAL 2022
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
BRANDON HUMPHREY, :
:
Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 8 WAL 2022
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
BRANDON HUMPHREY, :
:
Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 9 WAL 2022
:
Petitioner :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :

|  |  |  |
|---|---|---|
| BRANDON HUMPHREY, | : | |
| Respondent | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 10 WAL 2022 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| BRANDON HUMPHREY, | : | |
| Petitioner | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 11 WAL 2022 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| BRANDON LEE HUMPHREY, | : | |
| Petitioner | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 12 WAL 2022 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| BRANDON HUMPHREY, | : | |
| Petitioner | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 13 WAL 2022 |
| Respondent | : | |

|  |  |
|---|---|
| v. | : Petition for Allowance of Appeal |
|  | : from the Order of the Superior Court |
|  | : |
|  | : |
| BRANDON LEE HUMPHREY, | : |
|  | : |
| Petitioner | : |
|  |  |
| COMMONWEALTH OF PENNSYLVANIA, | : No. 14 WAL 2022 |
|  | : |
| Respondent | : |
|  | : Petition for Allowance of Appeal |
|  | : from the Order of the Superior Court |
| v. | : |
|  | : |
|  | : |
| BRANDON HUMPHREY, | : |
|  | : |
| Petitioner | : |
|  |  |
| COMMONWEALTH OF PENNSYLVANIA, | : No. 15 WAL 2022 |
|  | : |
| Respondent | : |
|  | : Petition for Allowance of Appeal |
|  | : from the Order of the Superior Court |
| v. | : |
|  | : |
|  | : |
| BRANDON HUMPHREY, | : |
|  | : |
| Petitioner | : |

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 13th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.

[6 WAL 2022, 7 WAL 2022, 8 WAL 2022, 9 WAL 2022, 10 WAL 2022, 11 WAL 2022, 12 WAL 2022, 13 WAL 2022, 14 WAL 2022 and 15 WAL 2022] - 3